UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| TALEB N. ALBADRY | ) | |
| | ) | |
|    *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:10-CV-336 |
| | ) | *Chief Judge Curtis L. Collier* |
| LPN SUSAN NEWIEPPER, LPN | ) | |
| WILSON, DR. REDDING, TENNESSEE | ) | |
| DEPARTMENT OF CORRECTIONS, AND | ) | |
| HEALTH AND SAFETY INSPECTORS, | ) | |
| | ) | |
|    *Defendant*. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Taleb N. Albadry ("Plaintiff") is an inmate at the Deberry Special Needs Facility in Nashville, Tennessee. Plaintiff, a *pro se* prisoner, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Court File No. 1). The United States District Court, Middle District of Tennessee, Nashville Division assessed the civil filing fee prior to transferring the case to this Court.

Plaintiff has filed a *pro se* civil rights action under 42 U.S.C. § 1983 alleging that he was denied adequate medical care for two broken legs while housed at Southeastern Tennessee State Regional Correctional Facility. Although Plaintiff's complaint is difficult to decipher, the Court discerns Plaintiff alleges Defendants delayed medical care for at least a month after he suffered two broken legs (Court File No. 1).

The Clerk is **DIRECTED** to send Plaintiff a service packet (a blank summons and USM 285 form) for each defendant. Plaintiff is **ORDERED** to complete the service packet and return it to the District Court Clerk, 900 Georgia Avenue, Room 309, Chattanooga, TN 37402, within **twenty (20) days** of the date of receipt of this order. The summons will then be signed and sealed by the Court Clerk and forwarded to the United States Marshal for service. Fed. R. Civ. P. 4. Plaintiff is

forewarned that failure to return the completed service packet within the time required could jeopardize his prosecution of this action.

Defendants **SHALL** answer or otherwise respond to the complaint within **twenty (20) days** from the date of service.

Plaintiff is **ORDERED** to inform the Court, and the defendant or defendant's counsel of record, immediately of any address change. Failure to provide a correct address to this Court **within ten (10) days** following any change of address will result in the dismissal of this action.

ENTER:

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**