UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TALEB N. ALBADRY, ) | |
| ) | |
|    *Plaintiff,* ) | |
| ) | |
| v. ) | No. 1:10-CV-336 |
| ) | *Judge Curtis L. Collier* |
| LPN SUSAN NEWIEPPER, LPN ) | |
| WILSON, DR. REDDING, TENNESSEE ) | |
| DEPARTMENT OF CORRECTIONS, AND ) | |
| HEALTH AND SAFETY INSPECTORS, ) | |
| ) | |
|    *Defendants*. ) | |

## JUDGMENT ORDER

For the reasons expressed by the Court in its memorandum filed herewith, it is hereby **ORDERED** that:

(1)    Plaintiff Taleb N. Albadry's complaint is **DISMISSED** for Plaintiff's failure to prosecute and to comply with the orders of this Court, and the April 22, 2013, trial date is **CANCELED**. Fed. R. Civ. P. 41(b) (Court File No. 1);

(2)    The motion to dismiss filed on behalf of Defendants is **GRANTED** (Court File No. 40); and

(3)    Plaintiff's motion for appointment of counsel is **DENIED as MOOT** (Court File No. 36).

It is **FURTHER ORDERED** that upon carefully reviewing this case pursuant to 28 U.S.C. § 1915(a)(3), this Court hereby **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** Plaintiff leave

to proceed *in forma pauperis* on appeal. See Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close this case.

ENTER.

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**


ENTERED AS A JUDGMENT
    s/ *Debbie Poplin*
    CLERK OF COURT

2

Case 1:10-cv-00336-CLC-SKL   Document 43   Filed 11/27/12   Page 2 of 2   PageID #: 166